AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

Rick Futia )
_____ )
Plaintiff )
v. ) Civil Action No.
Willow Glen Investments, LLC, et al. )
_____ )
Defendant )

CV 08 2543

Summons in a Civil Action

PVT

To: Asian Garden Restaurant, Inc.
_____
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 20 2008

Richard W. Wieking
Name of clerk of court

MARY ANN BUCKLEY
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)